The testimony and record fully support the chancellor's finding that the realty is owned by entireties. It was confirmed by the court en banc, and therefore has the weight of a jury's verdict. We find no reason to disturb the decree on this appeal. See *Maxwell v. Schaefer*, 381 Pa. 13, 19, 112 A. 2d 69.

Decree affirmed; costs to be paid by defendant.

## Sayre Land Company *v.* Sayre Borough, Appellant.

Argued January 11, 1956. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Maurice L. Epstein,* Special Counsel, with him *Edward C. O'Connor,* Borough Solicitor, for appellant.

*James W. Cullen,* for appellee.

OPINION PER CURIAM, March 13, 1956:

This case is affirmed on the opinion of Judge ROSENFIELD reported in 5 D. & C. 2d 294.

## Dreisbach Estate.

